| | |
|---|---|
| | Honorable Marc Barreca |
| | Chapter 7 |
| | Hearing Location: ZoomGov |
| | Hearing Date: September 13, 2023 |
| | Hearing Time: 10:00 AM |
| | Response Date: September 6, 2023 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

WAYNE RICHARD PELUSO and
RONI SUE PELUSO,
    *Debtor(s).*

: Chapter 7 Proceeding
:
: Case No.: 23-11187-MLB
:
: NOTICE AND MOTION TO
: AVOID JUDGMENT LIEN
:
:

NOTICE OF HEARING AND MOTION

**PLEASE TAKE NOTICE** that a hearing on debtors Motion to Avoid Judgment Lien is set for hearing as follows:

    JUDGE:    Honorable Marc L. Barreca    DATE: September 13, 2023
    PLACE:    ZoomGov    TIME:  10:00 AM

ZOOMGOV ACCESS INFORMATION

Join ZoomGov Meeting
https://www.zoomgov.com/j/1607704823?pwd=TUYxditUQ211OWdNeXVuYlZ5bTdBUT09
Meeting ID: 160 770 4823
Passcode: 781136
One tap mobile
+16692545252,,1607704823# US (San Jose)
+16692161590,,1607704823# US (San Jose)

Dial by your location

+1 669 254 5252 US (San Jose)
+1 669 216 1590 US (San Jose)
+1 646 828 7666 US (New York)

NOTICE AND MOTION TO
AVOID JUDGMENT LIEN

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067

+1 551 285 1373 US
Meeting ID: 160 770 4823
Find your local number:

https://www.zoomgov.com/u/aCksE5Pde

**IF YOU OPPOSE** the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned and the Chapter 7 Trustee NOT LATER THAN THE RESPONSE DATE, which is September 6, 2023. If you file a response, you are also required to appear at the hearing.

**IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.**

*Dated*: 08/01/2023              Moving Party,

                                  */s/ Steven C. Hathaway*
                                  Steven C. Hathaway, WSBA #24971
                                  Attorney for Debtor(s)

### MOTION TO AVOID JUDGMENT LIEN

**COMES NOW** Roni Sue Peluso ("Debtor"), by and through her attorney Steven C. Hathaway, pursuant to 11 U.S.C. § 522(f)(1)(A) and requests that the court avoid and cancel a judgment lien against real property that is fully exempt in the Debtor's bankruptcy pursuant to 11 U.S.C. § 522(b). In support of this motion the Debtor offers the following:

1. On June 29, 2023, the Debtor filed this Chapter 7 bankruptcy.

2. The Debtor owns a home located at 6286 Music Place in Maple Falls, Washington ("6286 Music Place").

NOTICE AND MOTION TO
AVOID JUDGMENT LIEN

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067

3. The 6286 Music Place property had a fair market value of $137,203.00 when this case was filed. The Debtor was living at 6286 Music Place when she filed this bankruptcy and continues to reside there.

4. There is no mortgage owing on the 6286 Music Place property.

5. The Debtor listed the home on her bankruptcy schedules and claimed it as exempt.

6. On April 9, 2021, Midland Credit Management, Inc. obtained a default judgment against the Debtor in Whatcom County District Court (Case No. CV20-1624) in the Total Judgment Amount of $ 22,437.73. On June 14, 2023, Midland Credit Management, Inc. recorded the default judgment with the Whatcom County Auditor under recording number 2023-0601078.

7. Midland Credit Management, Inc's judgment lien against the Debtor's home at 6286 Music Place impairs the homestead exemption to which she is entitled pursuant to *11 U.S.C. §522(b)* and is voidable pursuant to *11 U.S.C. § 522(f)*.

8. Midland Credit Management, Inc. was listed as a creditor on the Debtor's bankruptcy schedules.

9. "There are four basic elements of an avoidable lien under § 522(f)(1)(A): First, there must be an exemption to which the debtor "would have been entitled under subsection (b) of this section." 11 U.S.C. § 522(f). Second, the property must be listed on the debtor's schedules and claimed as exempt. Third, the lien must impair that exemption. Fourth, the lien must be ... a judicial lien. 11 U.S.C. § 522(f)(1)." *In re Goswami*, 304 B.R. 386, 390-91 (9th Cir. BAP 2003) (quoting *In re Mohring*, 142 B.R. 389, 392 (Bankr. E.D. Cal. 1992) aff'd, 24 F.3d 247 (9th Cir. 1994)).

10. Midland Credit Management, Inc's default judgment creates a judicial lien against the Debtor's home at 6286 Music Place. The home is listed on the Debtor's schedules and claimed as exempt. The lien impairs the Debtor's homestead exemption and is thus avoidable pursuant to *11 U.S.C. § 522(f)(1)*.

NOTICE AND MOTION TO
AVOID JUDGMENT LIEN

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067

**WHEREFORE** the Debtor respectfully requests the court enter an order cancelling and avoiding Midland Credit Management, Inc.'s judgment lien against her home at 6286 Music Place, Maple Falls, Washington.

*Date*: 08/01/2023 /s/ *Steven C. Hathaway*
Steven C. Hathaway, Attorney for Debtor

NOTICE AND MOTION TO
AVOID JUDGMENT LIEN

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067