Honorable Marc Barreca
Chapter 7
Hearing Location: ZoomGov
Hearing Date: September 13, 2023
Hearing Time: 10:00 AM
Response Date: September 6, 2023

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

WAYNE RICHARD PELUSO and
RONI SUE PELUSO,
    *Debtor(s)*.

Chapter 13 Proceeding

Case No.: 23-11187-MLB

DECLARATION OF DEBTOR
IN SUPPORT OF MOTION
TO AVOID JUDGMENT LIEN

    My name is Roni Sue Peluso and I write this declaration in support of my motion to avoid a judgment lien against my home.

    1. On June 29, 2023, I filed this Chapter 7 bankruptcy.

    2. I own a home located at 6286 Music Place, Maple Falls, Washington which had a fair market value of $ 137,203.00 when I filed this bankruptcy.

    3. I was living in my 6286 Music Place home when I filed this bankruptcy and I continue to live there.

    4. I do not owe a mortgage on the 6286 Music Place home.

    5. I listed my 6286 Music Place home on my bankruptcy schedules and claimed it as exempt.

    6. On April 9, 2021, Midland Credit Management, Inc. obtained a default judgment against me in Whatcom County District Court (Case No.CV20-1624). The total judgment

DECLARATION OF DEBTOR
IN SUPPORT OF MOTION
TO AVOID JUDGMENT LIEN

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067

amount is $22,437.73.  The default judgment was recorded with the Whatcom County Auditor under recording number 2023-0601078 on June 14, 2023.

    7. I listed Midland Credit Management, Inc. as a creditor in my bankruptcy schedules.

    8. I respectfully request that the court avoid and cancel Midland Credit Management, Inc.'s judgment lien against my home.

    I have read my motion to avoid judgment lien and declare under penalty of perjury that all the statements contained therein, as well as all the statements contained in this declaration, are true and correct.

*Date*: <u>08/01/2023</u>           */s/ Roni Sue Peluso*
                                             Roni Sue Peluso, Debtor

DECLARATION OF DEBTOR
IN SUPPORT OF MOTION
TO AVOID JUDGMENT LIEN

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067