Steven C. Hathaway
P.O. Box 2147
Bellingham, WA 98227
(360) 676-0529

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| WAYNE RICHARD PELUSO and | ) | Case No. 23-11187- MLB |
| RONI SUE PELUSO, | ) | |
| | ) | PROOF OF SERVICE |
| Debtors. | ) | |
| _____ | ) | |

  I hereby certify under penalty of perjury under the laws of the State of Washington that on August 1, 2023, I caused to be delivered by first class, certified mail or via ECF a true and correct copy of the Motion to Avoid Judgment Lien, Declaration of Debtor in Support of Motion to Avoid Judgment Lien and Proposed Order Avoiding Judgment Lien to the U.S. Trustee, the Chapter 7 Trustee and Midland Credit Management, Inc.

  Dated this 1st day of August, 2023

/s/ Simone M. Hathaway
Simone Hathaway
Legal Assistant to Steven C. Hathaway
Hathaway Holland Law Firm, PLLC