Honorable Marc L. Barreca
Hearing Location: ZoomGov
Hearing Date: Sept. 13, 2023
Hearing Time: 10:00 am
Response Date: Sept. 6, 2023

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re: ) Chapter 7 Proceeding
)
WAYNE RICHARD PELUSO and ) Case No. 23-11187-MLB
RONI SUE PELUSO, )
        *Debtors.* ) PROOF OF SERVICE
)

    I hereby certify that on August 1, 2023, a true and correct copy of the Notice and Motion to Avoid Judgment Lien, Declaration of Debtor in Support of Motion to Avoid Judgment Lien and Proposed Order Avoiding Judgment Lien was sent via certified mail, postage prepaid to:

Midland Credit Management, Inc.      Midland Credit Management
c/o Gordon, Aylworth & Tami, P.C.     350 Camino De La Reina # 100
P.O. Box 22338     San Diego, CA 92108
Eugene, OR 97402

Dated this 14th day of August, 2023.

        /s/ Steven C. Hathaway
        Steven C. Hathaway, Attorney for Debtors
        P.O. Box 2147
        Bellingham, WA 98227

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

7020 1810 0000 3205 7606

San Diego, CA 92108
Certified Mail Fee $4.35   $3.55
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.66
Total Postage and Fees $8.56
Sent To Midland Credit Mgmt
Street and Apt. No., or PO Box No. 350 Camino De La Reina #100
City, State, ZIP+4® San Diego, CA 92108

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark: BELLINGHAM WA 98225 — AUG 1 2023

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Midland Credit Mgmt
350 Camino De La Reina #100
San Diego, CA 92108

9590 9402 7890 2234 3143 75

2. Article Number (Transfer from service label)
7020 1810 0000 3205 7606

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X Fernando Perez  ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
RECEIVED AUG 07 2023

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

7020 0640 0000 7455 1687

Eugene, OR 97402
Certified Mail Fee $4.35   $3.55
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.66
Total Postage and Fees $8.56
Sent To Gordon, Aylworth & Tami, PC
Street and Apt. No., or PO Box No. PO Box 22338
City, State, ZIP+4® Eugene, OR 97402

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark: BELLINGHAM WA 98225 — AUG 1 2023

---

**COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Gordon, Aylworth + Tami, PC
P.O. Box 22338
Eugene, OR 97402

9590 9402 7890 2234 3143 82

2. Article Number (Transfer from service label)
7020 0640 0000 7455 1687

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X [signature]   ☑ Agent ☐ Addressee
B. Received by (Printed Name) A Strasdas   C. Date of Delivery 8/4/2

D. Is delivery address different from item 1? ☐ Yes ☑ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery