Entered on Docket September 8, 2023

**Below is the Order of the Court.**



_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:                                                   :   Chapter 7 Proceeding
                                                         :
WAYNE RICHARD PELUSO and                                 :   Case No.: 23-11187-MLB
RONI SUE PELUSO,                                         :
        *Debtor(s).*                                     :   ORDER AVOIDING
                                                         :   JUDGMENT LIEN
                                                         :
_____                        :

     **THIS MATTER** having come before the court on Debtor's motion requesting it avoid and cancel a judgment lien held by Midland Credit Management, Inc. which impairs the Debtor's homestead exemption.  The court having considered argument of counsel, the Declaration of Debtor in Support of Motion to Avoid Judgment Lien, and having reviewed the records and files herein, and finding that good and sufficient notice of the motion has been given to all creditors and parties in interest, and deeming itself otherwise fully advised in the premises, **NOW, THEREFORE, IT IS HEREBY**

     **ORDERED** that the judgment lien in favor of Midland Credit Management, Inc.against Roni Sue Peluso in the Total Judgment Amount of $22,437.73 entered on April 9, 2021, in Whatcom County District Court under cause number CV20-1624 shall be and hereby is avoided and cancelled as a judgment lien against the debtor's home located at 6286 Music Place, Maple Falls, Washington.

ORDER AVOIDING
JUDGMENT LIEN

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067

/// END OF ORDER///

Presented by:


*/s/ Steven C. Hathaway*
Steven C. Hathaway, Attorney for Debtors
Hathaway Holland Law Firm, PLLC

ORDER AVOIDING
JUDGMENT LIEN

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067